STATE ex rel. KENNETH LeROY COOK, and MAXINE YALE LOUISE SPOJA COOK, Petitioners, v. THE DISTRICT COURT of the ELEVENTH JUDICIAL DISTRICT OF THE State of Montana, IN AND FOR the COUNTY OF FLATHEAD, and the Honorable Robert S. Keller, Judge thereof, Respondents.

No. 12520.
Decided May 18, 1973.
511 P.2d 343.

ORDER

PER CURIAM:

In this original proceeding petitioners apply for a writ of supervisory control to be directed to the respondents. Counsel was heard ex parte and the matter taken under advisement.

The Court now having considered the matter, it is Ordered that the relief sought be denied and this proceeding is dismissed.